**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ROCKFORD DIVISION**

| | |
|---|---|
| In re: GROSSMAYER, JAMES N<br>GROSSMAYER, DESIREE<br><br>Debtor(s) | § Case No. 08-73038<br>§<br>§<br>§ |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on September 19, 2008. The undersigned trustee was appointed on September 20, 2008.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $      31,213.30

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 1,680.00 |
   | Bank service fees | 180.38 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]    $ | 29,352.92 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 02/10/2009 and the deadline for filing governmental claims was 03/18/2009. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,871.33. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $3,871.33, for a total compensation of $3,871.33.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $32.11, for total expenses of $32.11.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/17/2011            By:/s/MEGAN G. HEEG
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 08-73038
Case Name: GROSSMAYER, JAMES N
  GROSSMAYER, DESIREE
Period Ending: 10/17/11

Trustee:  (330490)  MEGAN G. HEEG
Filed (f) or Converted (c): 09/19/08 (f)
§341(a) Meeting Date: 10/17/08
Claims Bar Date: 02/10/09

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Time share | 7,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | BANK ACCOUNTS | 1,800.00 | 0.00 | DA | 0.00 | FA |
| 3 | Miscellaneous household goods and furnishings-de | 800.00 | 0.00 | DA | 0.00 | FA |
| 4 | Miscellaneous books and pictures-debtors' posses | 100.00 | 0.00 | DA | 0.00 | FA |
| 5 | WEARING APPAREL | 300.00 | 0.00 | DA | 0.00 | FA |
| 6 | FURS AND JEWELRY | 500.00 | 0.00 | DA | 0.00 | FA |
| 7 | FIREARMS AND HOBBY EQUIPMENT | 20.00 | 0.00 | DA | 0.00 | FA |
| 8 | Computer & printer | 250.00 | 0.00 | DA | 0.00 | FA |
| 9 | Potential transfer (u)<br>    Transfer of land and plumbing business | 0.00 | 0.00 | DA | 0.00 | FA |
| 10 | 2003 Chevrolet G3500 (u)<br>    9/18/09 debtor first scheduled, w/ value of 6,000 subject to loan. Per loan docs last payment was due 3/09. Per litg docs w/ family, loan was 6,372 in 4/08. Per interenet search, maybe worth approx 9,500 in 5/09. | 0.00 | 5,000.00 | | 5,000.00 | FA |
| 11 | 2003 Honda GL 1800 motorcycle (u)<br>    Debtor first disclosed on 9/18/09, listing a value of 6,000, subject to a loan apparently paid at time of disclosure. Per debs' prior litig docs, debt had outstanding debt of 15,050 for purchase of cycle in 4/08. | 0.00 | 10,200.00 | | 10,200.00 | FA |
| 12 | Potential interest in trust fund account (u)<br>    Debtor received over $18,000 post-filng. Debtor first disclosed 9/18/09, ($10,000 given to dad was recovered). Have docs to show 6,600 cashier's check dated 2/2/09 for daughter's wedding. Debtors state proceeds used post filing for these purposes. | 0.00 | 14,000.00 | | 14,000.00 | FA |
| 13 | STOCK AND BUSINESS INTERESTS (u)<br>    Grossmayer Plumbing, Inc., (an Illinois corporation). First disclosed 9/18/09, with value of 0.00. | 0.00 | 0.00 | DA | 0.00 | FA |
| 14 | BOATS, MOTORS, AND ASSESSORIES (u)<br>    Debtors purchased these summer 09 for approx $3,500. Debtors state items are daughter's. Placed in | 0.00 | 1,000.00 | | 1,000.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 08-73038
Case Name: GROSSMAYER, JAMES N
GROSSMAYER, DESIREE
Period Ending: 10/17/11

Trustee: (330490) MEGAN G. HEEG
Filed (f) or Converted (c): 09/19/08 (f)
§341(a) Meeting Date: 10/17/08
Claims Bar Date: 02/10/09

| 1 Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) DA=§554(c) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| daughter''s name post-bankruptcy filing. | | | | | |
| 15  MACHINERY, FIXTURES, AND BUSINESS EQUIPMENT (u) Ins. policy declares value of personal property at $10,000, with 2 "rods" and a "pipe threader" worth $9,000. | Unknown | 0.00 | DA | 0.00 | FA |
| 16  Jewelry transferred to debtor (u) Debtors may have transferred jewelry to daughter to keep from reach of creditors | 0.00 | 1,000.00 | | 1,000.00 | FA |
| Int  INTEREST (u) | Unknown | N/A | | 13.30 | Unknown |
| 17  Assets   Totals (Excluding unknown values) | $10,770.00 | $31,200.00 | | $31,213.30 | $0.00 |

**Major Activities Affecting Case Closing:**

Initial Projected Date Of Final Report (TFR): March 30, 2010       Current Projected Date Of Final Report (TFR): October 17, 2011 (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 08-73038 | | Trustee: | MEGAN G. HEEG (330490) |
| Case Name: | GROSSMAYER, JAMES N | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | GROSSMAYER, DESIREE | | Account: | \*\*\*-\*\*\*\*\*72-65 - Money Market Account |
| Taxpayer ID #: | \*\*-\*\*\*0355 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 10/17/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/04/10 | {11} | Honda Northwest | motorcycle | 1229-000 | 10,200.00 | | 10,200.00 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.23 | | 10,200.23 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.38 | | 10,200.61 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.45 | | 10,201.06 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.06 | | 10,201.12 |
| 04/06/10 | | Wire out to BNYM account 9200\*\*\*\*\*\*7265 | Wire out to BNYM account 9200\*\*\*\*\*\*7265 | 9999-000 | -10,201.12 | | 0.00 |

|  |  |  |  |
|---|---|---:|---:|
| | ACCOUNT TOTALS | 0.00 | 0.00 | $0.00 |
| | Less: Bank Transfers | -10,201.12 | 0.00 | |
| | **Subtotal** | **10,201.12** | **0.00** | |
| | Less: Payments to Debtors | | 0.00 | |
| | **NET Receipts / Disbursements** | **$10,201.12** | **$0.00** | |

{} Asset reference(s)

Printed: 10/17/2011 12:45 PM   V.12.57

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 08-73038 | | Trustee: | MEGAN G. HEEG (330490) |
| --- | --- | --- | --- | --- |
| Case Name: | GROSSMAYER, JAMES N | | Bank Name: | The Bank of New York Mellon |
| | GROSSMAYER, DESIREE | | Account: | 9200-******72-19 - Money Market Account |
| Taxpayer ID #: | **-***0355 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 10/17/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 05/25/10 | | FUNDING ACCOUNT:<br>9200******7265 | | 9999-000 | 10,000.00 | | 10,000.00 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 0.28 | | 10,000.28 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 1.24 | | 10,001.52 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 1.27 | | 10,002.79 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 1.27 | | 10,004.06 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,004.14 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,004.22 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,004.30 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,004.38 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,004.46 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 10,004.53 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,004.61 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,004.69 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,004.77 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 10,004.84 |
| 07/18/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.04 | | 10,004.88 |
| 07/18/11 | | To Account #9200******7220 | combined MMA's | 9999-000 | | 10,004.88 | 0.00 |
| | | | ACCOUNT TOTALS | | 10,004.88 | 10,004.88 | $0.00 |
| | | | Less: Bank Transfers | | 10,000.00 | 10,004.88 | |
| | | | Subtotal | | 4.88 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $4.88 | $0.00 | |

Case 08-73038   Doc 63   Filed 10/20/11   Entered 10/20/11 13:44:49   Desc Main
Document   Page 7 of 12

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 08-73038 | Trustee: | MEGAN G. HEEG (330490) |
| --- | --- | --- | --- |
| Case Name: | GROSSMAYER, JAMES N | Bank Name: | The Bank of New York Mellon |
| | GROSSMAYER, DESIREE | Account: | 9200-******72-20 - Money Market Account |
| Taxpayer ID #: | **-***0355 | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 10/17/11 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 08/06/10 | | FUNDING ACCOUNT: 9200******7265 | | 9999-000 | 20,000.00 | | 20,000.00 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 1.89 | | 20,001.89 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 20,002.05 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 20,002.21 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 20,002.37 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 20,002.53 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 20,002.69 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 20,002.84 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 20,003.00 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 20,003.16 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 20,003.32 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 20,003.47 |
| 07/18/11 | | From Account #9200******7265 | combining MMA's | 9999-000 | 1,204.24 | | 21,207.71 |
| 07/18/11 | | From Account #9200******7219 | combined MMA's | 9999-000 | 10,004.88 | | 31,212.59 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.20 | | 31,212.79 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 46.04 | 31,166.75 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.26 | | 31,167.01 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 72.59 | 31,094.42 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -2.14 | 31,096.56 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.25 | | 31,096.81 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 63.89 | 31,032.92 |
| 10/14/11 | 101 | Carl Swanson, CPA | Fees due CPA per order dated 10/3/11 | 3410-000 | | 1,680.00 | 29,352.92 |
| | | ACCOUNT TOTALS | | | 31,213.30 | 1,860.38 | $29,352.92 |
| | | Less: Bank Transfers | | | 31,209.12 | 0.00 | |
| | | Subtotal | | | 4.18 | 1,860.38 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $4.18 | $1,860.38 | |

{} Asset reference(s)          Printed: 10/17/2011 12:45 PM   V.12.57

Exhibit B

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| Case Number: | 08-73038 | | Trustee: | MEGAN G. HEEG (330490) |
|---|---|---|---|---|
| Case Name: | GROSSMAYER, JAMES N | | Bank Name: | The Bank of New York Mellon |
| | GROSSMAYER, DESIREE | | Account: | 9200-******72-65 - Money Market Account |
| Taxpayer ID #: | **-***0355 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 10/17/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********7265 | Wire in from JPMorgan Chase Bank, N.A. account ********7265 | | 9999-000 | 10,201.12 | | 10,201.12 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | | 1270-000 | 0.48 | | 10,201.60 |
| 05/25/10 | | ACCOUNT FUNDED: 9200******7219 | | | 9999-000 | | 10,000.00 | 201.60 |
| 05/28/10 | {12} | Dorothy Amato | Recovery of debtors' post petition transfer | | 1229-000 | 10,000.00 | | 10,201.60 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | | 1270-000 | 0.48 | | 10,202.08 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | | 1270-000 | 0.58 | | 10,202.66 |
| 07/02/10 | | Simon Grossmayer | final payment on compromise | | | 11,000.00 | | 21,202.66 |
| | {10} | | 2003 Chevrolet truck | 5,000.00 | 1229-000 | | | 21,202.66 |
| | {12} | | trust fund account settlement | 4,000.00 | 1229-000 | | | 21,202.66 |
| | {14} | | boat | 1,000.00 | 1229-000 | | | 21,202.66 |
| | {16} | | transferred jewelry | 1,000.00 | 1229-000 | | | 21,202.66 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | | 1270-000 | 1.16 | | 21,203.82 |
| 08/06/10 | | ACCOUNT FUNDED: 9200******7220 | | | 9999-000 | | 20,000.00 | 1,203.82 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | | 1270-000 | 0.37 | | 1,204.19 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.01 | | 1,204.20 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.01 | | 1,204.21 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.01 | | 1,204.22 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.01 | | 1,204.23 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.01 | | 1,204.24 |
| 07/18/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | | 1270-000 | 0.00 | | 1,204.24 |
| 07/18/11 | | To Account #9200******7220 | combining MMA's | | 9999-000 | | 1,204.24 | 0.00 |
| | | **ACCOUNT TOTALS** | | | | **31,204.24** | **31,204.24** | **$0.00** |
| | | Less: Bank Transfers | | | | 10,201.12 | 31,204.24 | |
| | | Subtotal | | | | 21,003.12 | 0.00 | |
| | | Less: Payments to Debtors | | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | | **$21,003.12** | **$0.00** | |

{} Asset reference(s)

Printed: 10/17/2011 12:45 PM  V.12.57

# Form 2
## Cash Receipts And Disbursements Record

Page: 5

| Case Number: | 08-73038 | | Trustee: | MEGAN G. HEEG (330490) |
|---|---|---|---|---|
| Case Name: | GROSSMAYER, JAMES N | | Bank Name: | The Bank of New York Mellon |
| | GROSSMAYER, DESIREE | | Account: | 9200-******72-65 - Money Market Account |
| Taxpayer ID #: | **-***0355 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 10/17/11 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****72-65 | 10,201.12 | 0.00 | 0.00 |
| MMA # 9200-******72-19 | 4.88 | 0.00 | 0.00 |
| MMA # 9200-******72-20 | 4.18 | 1,860.38 | 29,352.92 |
| MMA # 9200-******72-65 | 21,003.12 | 0.00 | 0.00 |
| | $31,213.30 | $1,860.38 | $29,352.92 |

{} Asset reference(s)

Printed: 10/17/2011 12:45 PM   V.12.57

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-73038
Case Name: GROSSMAYER, JAMES N
Trustee Name: MEGAN G. HEEG

**Balance on hand:** $ 29,352.92

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 29,352.92

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MEGAN G. HEEG | 3,871.33 | 0.00 | 3,871.33 |
| Trustee, Expenses - MEGAN G. HEEG | 32.11 | 0.00 | 32.11 |
| Attorney for Trustee, Fees - Ehrmann Gehlbach Badger & Lee | 8,910.00 | 0.00 | 8,910.00 |
| Attorney for Trustee, Expenses - Ehrmann Gehlbach Badger & Lee | 1,512.19 | 0.00 | 1,512.19 |
| Accountant for Trustee, Fees - Carl Swanson, CPA | 1,680.00 | 1,680.00 | 0.00 |

Total to be paid for chapter 7 administration expenses: $ 14,325.63
Remaining balance: $ 15,027.29

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 15,027.29

UST Form 101-7-TFR (05/1/2011)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $4,333.81 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P | Illinois Department of Revenue | 2,004.46 | 0.00 | 2,004.46 |
| 5P | Internal Revenue Service | 2,329.35 | 0.00 | 2,329.35 |

| | |
|---|---|
| Total to be paid for priority claims: | $ 4,333.81 |
| Remaining balance: | $ 10,693.48 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 66,479.94 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 16.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | Illinois Department of Revenue | 480.38 | 0.00 | 77.27 |
| 3 | SMT & Assoc. | 925.00 | 0.00 | 148.79 |
| 4 | Roundup Funding, LLC | 8,998.60 | 0.00 | 1,447.45 |
| 5U | Internal Revenue Service | 265.87 | 0.00 | 42.77 |
| 6 | American Express Bank FSB | 3,471.08 | 0.00 | 558.33 |
| 7 | Recovery Management Systems Corporation | 370.86 | 0.00 | 59.65 |
| 8 | Recovery Management Systems Corporation | 283.77 | 0.00 | 45.65 |
| 9 | ELAN FINANCIAL SERVICES | 19,980.40 | 0.00 | 3,213.90 |
| 10 | Sterling Inc dba J.B. Robinson's Jewelers | 3,962.23 | 0.00 | 637.34 |
| 11 | Sallie Mae | 10,943.56 | 0.00 | 1,760.30 |
| 12 | FIA CARD SERVICES, NA/BANK OF AMERICA | 16,798.19 | 0.00 | 2,702.03 |

| | |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 10,693.48 |
| Remaining balance: | $ 0.00 |

UST Form 101-7-TFR (05/1/2011)

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |
|---|---|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

UST Form 101-7-TFR (05/1/2011)