UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

| | | |
|---|---|---|
| In re: GROSSMAYER, JAMES N | § | Case No. 08-73038 |
| GROSSMAYER, DESIREE | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MEGAN G. HEEG, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 01:00 on 12/07/2011 in Courtroom 115, United States Courthouse,
211 South Court Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Dated: 10/17/2011        By: /s/MEGAN G. HEEG
                              Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL 61021
(815) 288-4949

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ROCKFORD DIVISION**

| | | |
|---|---|---|
| In re: GROSSMAYER, JAMES N | § | Case No. 08-73038 |
| GROSSMAYER, DESIREE | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 31,213.30 |
| *and approved disbursements of* | $ | 1,860.38 |
| *leaving a balance on hand of* [1] | $ | 29,352.92 |

**Balance on hand:** $ 29,352.92

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 29,352.92

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MEGAN G. HEEG | 3,871.33 | 0.00 | 3,871.33 |
| Trustee, Expenses - MEGAN G. HEEG | 32.11 | 0.00 | 32.11 |
| Attorney for Trustee, Fees - Ehrmann Gehlbach Badger & Lee | 8,910.00 | 0.00 | 8,910.00 |
| Attorney for Trustee, Expenses - Ehrmann Gehlbach Badger & Lee | 1,512.19 | 0.00 | 1,512.19 |
| Accountant for Trustee, Fees - Carl Swanson, CPA | 1,680.00 | 1,680.00 | 0.00 |

Total to be paid for chapter 7 administration expenses: $ 14,325.63
Remaining balance: $ 15,027.29

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

    Total to be paid for prior chapter administrative expenses:  $     0.00
    Remaining balance:  $     15,027.29

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $4,333.81 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P | Illinois Department of Revenue | 2,004.46 | 0.00 | 2,004.46 |
| 5P | Internal Revenue Service | 2,329.35 | 0.00 | 2,329.35 |

    Total to be paid for priority claims:  $     4,333.81
    Remaining balance:  $     10,693.48

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 66,479.94 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 16.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | Illinois Department of Revenue | 480.38 | 0.00 | 77.27 |
| 3 | SMT & Assoc. | 925.00 | 0.00 | 148.79 |
| 4 | Roundup Funding, LLC | 8,998.60 | 0.00 | 1,447.45 |
| 5U | Internal Revenue Service | 265.87 | 0.00 | 42.77 |
| 6 | American Express Bank FSB | 3,471.08 | 0.00 | 558.33 |
| 7 | Recovery Management Systems Corporation | 370.86 | 0.00 | 59.65 |
| 8 | Recovery Management Systems Corporation | 283.77 | 0.00 | 45.65 |
| 9 | ELAN FINANCIAL SERVICES | 19,980.40 | 0.00 | 3,213.90 |
| 10 | Sterling Inc dba J.B. Robinson's Jewelers | 3,962.23 | 0.00 | 637.34 |
| 11 | Sallie Mae | 10,943.56 | 0.00 | 1,760.30 |

UST Form 101-7-NFR (10/1/2010)

| | | | | |
|---|---|---|---|---|
| 12 | FIA CARD SERVICES, NA/BANK OF AMERICA | 10,798.19 | 0.00 | 2,702.03 |

|   |   |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 10,693.48 |
| Remaining balance: | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|   |   |
|---|---|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|   |   |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

UST Form 101-7-NFR (10/1/2010)

Prepared By: /s/MEGAN G. HEEG
Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL  61021
(815) 288-4949

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 08-73038-MB
James N Grossmayer                                                      Chapter 7
Desiree Grossmayer
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: vgossett              Page 1 of 2                Date Rcvd: Oct 21, 2011
                              Form ID: pdf006             Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 23, 2011.
db          +James N Grossmayer,    5102 W Lakeshore Dr.,   Wonder Lake, IL 60097-9144
jdb         +Desiree Grossmayer,    5102 W. Lakeshore Dr.,   Wonder Lake, IL 60097-9144
12626332     American Express,    P.O. Box 297804,   Ft. Lauderdale, FL 33329-7804
12984206     American Express Bank FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
12626336    +BP Oil,   c/o Focus Receivables Mgmt.,    1130 Northcase Pkwy, #150,   Marietta, GA 30067-6429
12626337     BP Oil Credit Card Center,   P.O. Box 9070,   Des Moines, IA 50368-9070
12626335     Best Buy,   Post Office Box 17298,   Baltimore, MD 21297-1298
12626362    ++CHASE CARD SERVICES,   201 NORTH WALNUT STREET,   ATTN MARK PASCALE,   MAIL STOP DE1-1406,
               WILMINGTON DE 19801-2920
             (address filed with court: Washington Mutual Card Services,    P.O. Box 660487,
               Dallas, TX 75266)
12626340    ++CHRYSLER FINANCIAL,   27777 INKSTER RD,   FARMINGTON HILLS MI 48334-5326
             (address filed with court: Chrysler Financial,    5225 Crooks Rd. Ste. 140,   Troy, MI 48098)
12626338    +Campion, Curran, Dunlop, et al,    8600 US Highway 14, #201,   Crystal Lake, IL 60012-2700
12626339    +Capital One,   1957 Westmoreland,   Richmond, VA 23230-3225
12658563    +DaimlerChrysler Financial Services Americas, LLC,    c/o Kathryn A Klein,
               7700 Bonhomme, 7th Floor,   St. Louis Missouri 63105-1960
12626341    +Elan Financial Services/State Bank,    Post Office Box 108,   Saint Louis, MO 63166-0108
12626342     Gattone Pharmacy,   616 S. Route 31,   Mchenry, IL 60050
14474960     Hinsdale Bank & Trust,   35 E 21st Street,   Hinsdale, IL 60521
12626344     IL Dept. of Revenue,   Bankruptcy Section,   Post Office Box 64338,   Chicago, IL 60664-0338
12886156    ++ILLINOIS DEPARTMENT OF REVENUE,   P O BOX 64338,   CHICAGO IL 60664-0338
             (address filed with court: Illinois Department of Revenue,    Bankruptcy Section,
               100 West Randolph Street  Level 7-425,   Chicago, Illinois  60601)
12626345    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
               PHILADELPHIA PA 19101-7346
             (address filed with court: Internal Revenue Service,    230 S. Dearborn Street,   STOP 5013 CHI,
               Chicago, IL 60604)
12626346    +Island One Resorts,   2345 Sand Lake Road,   Orlando, FL 32809-9142
12626350     Macy's,   PO BOX 689195,   Des Moines, IA 50368-9195
12626351    +Medical Business Bureau,   1460 Renaissance, #D,   Park Ridge, IL 60068-1349
12626355    +Ralph & Esther Gunderson,    7003 McCullom Lake Rd.,   Wonder Lake, IL 60097-9529
12626354    +Ralph & Esther Gunderson,    c/o Franks, Gerkin & McKenna,   Post Office Box 5,
               Marengo, IL 60152-0005
12686399    +Ralph and Esther Gunderson,    c/o Atty. Peggy Gerkin,   19333 E Grant Hwy,   POB 5,
               Marengo IL 60152-0005
12626357    +SMT & Assoc.,   380 N. Terra Cotta Rd., Unit D,   Crystal Lake, IL 60012-1809
12626358    ++SPRINT NEXTEL CORRESPONDENCE,   ATTN BANKRUPTCY DEPT,   PO BOX 7949,
               OVERLAND PARK KS 66207-0949
             (address filed with court: Sprint PCS,   P.O. Box 660092,   Dallas, TX 75266)
12626359    +Sprint PCS,   c/o GC Services, Ltd.,   Post Office Box 2667,   Houston, TX 77252-2667
12626360     State Bank,   Cardmember Services,   Post Office Box 6354,   Fargo, ND 58125-6354
13072265    +Sterling Inc dba J.B. Robinson's Jewelers,    c/o Weltman Weinberg & Reis Co LPA,
               323 W Lakeside Ave 2nd Floor,   Cleveland, OH 44113-1085
12626361    +Target National Bank,   P.O. Box 59317,   Minneapolis, MN 55459-0317
13016579    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: ELAN FINANCIAL SERVICES,    PO BOX 5229,   CINCINNATI, OH 45201)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
12626333      E-mail/Text: ebnbankruptcy@ahm.honda.com Oct 22 2011 01:38:53     AMERICAN HONDA FINANCE CORP.,
               1235 Old Alpharetta Rd., Ste 190,   Attn: Bankruptcy Dept.,   Alpharetta, GA 30005
13485045      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 22 2011 02:10:26
               FIA CARD SERVICES, NA/BANK OF AMERICA,    BY AMERICAN INFOSOURCE LP AS ITS AGENT,   PO Box 248809,
               Oklahoma City, OK  73124-8809
12626343     +E-mail/PDF: gecsedi@recoverycorp.com Oct 22 2011 02:13:25     Home Depot,
               Monogram Credit Card Bank of GA,   7840 Roswell Rd. Bldg. 100 #210,   Atlanta, GA 30350-6877
12626347     +E-mail/Text: ebnsterling@weltman.com Oct 22 2011 01:38:28     JB Robinson,   375 Ghent Road,
               Akron, OH 44333-4601
12626348     +E-mail/PDF: gecsedi@recoverycorp.com Oct 22 2011 02:13:25     JC Penney,   Post Office Box 984100,
               El Paso, TX 79998-4100
12626349      E-mail/PDF: cr-bankruptcy@kohls.com Oct 22 2011 02:13:13     Kohl's,   Attn: Bankruptcy Dept.,
               P.O. BOX 3083,   Milwaukee, WI 53083-3083
12626353     +Fax: 847-227-2151 Oct 22 2011 02:20:19     MRSI,   2250 E. Devon Avenue,
               Des Plaines, IL 60018-4521
12626352     +E-mail/PDF: gecsedi@recoverycorp.com Oct 22 2011 02:13:25     Meijer-GE Money Bank,
               Post Office Box 981416,   El Paso, TX 79998-1416
13003091     +E-mail/PDF: rmscedi@recoverycorp.com Oct 22 2011 02:13:26
               Recovery Management Systems Corporation,    For GE Money Bank,   dba MEIJER,
               25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
13003090     +E-mail/PDF: rmscedi@recoverycorp.com Oct 22 2011 02:13:26
               Recovery Management Systems Corporation,    For GE Money Bank,   dba JCPENNEY CREDIT SERVICES,
               25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605

```
District/off: 0752-3          User: vgossett              Page 2 of 2                   Date Rcvd: Oct 21, 2011
                              Form ID: pdf006             Total Noticed: 44
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
12972728      E-mail/PDF: BNCEmails@blinellc.com Oct 22 2011 02:12:22     Roundup Funding, LLC,   MS 550,
              PO Box 91121,    Seattle, WA 98111-9221
12626356      E-mail/PDF: pa_dc_claims@salliemae.com Oct 22 2011 02:13:36     Sallie Mae,
              Post Office Box 9500,    Wilkes-Barre, PA 18773-9500
13479061     +E-mail/PDF: pa_dc_claims@salliemae.com Oct 22 2011 02:13:36     Sallie Mae,   c/o Sallie Mae Inc,
              220 Lasley Ave,    Wilkes-Barre, Pa 18706-1496
                                                                                              TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12626334    ##+Bank of America MBNA,    PO BOX 17054,   Wilmington, DE 19850-7054
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 23, 2011**                     **Signature:**    _Joseph Speetjens_