**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ROCKFORD DIVISION**

In re: GROSSMAYER, JAMES N            § Case No. 08-73038
       GROSSMAYER, DESIREE             §
                                        §
Debtor(s)                               §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

MEGAN G. HEEG, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $10,770.00 *(without deducting any secured claims)* | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $15,027.95 | Claims Discharged Without Payment: $90,190.85 |
| Total Expenses of Administration: $16,186.01 | |

3) Total gross receipts of $ 31,213.96 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $31,213.96 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $5,311.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 16,186.01 | 16,186.01 | 16,186.01 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 10,000.00 | 4,333.81 | 4,333.81 | 4,333.81 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 133,815.87 | 66,479.94 | 66,479.94 | 10,694.14 |
| **TOTAL DISBURSEMENTS** | $149,126.87 | $86,999.76 | $86,999.76 | $31,213.96 |

    4) This case was originally filed under Chapter 7 on September 19, 2008. The case was pending for 42 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/26/2012     By: /s/MEGAN G. HEEG
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2003 Chevrolet G3500 | 1229-000 | 5,000.00 |
| 2003 Honda GL 1800 motorcycle | 1229-000 | 10,200.00 |
| Potential interest in trust fund account | 1229-000 | 14,000.00 |
| BOATS, MOTORS, AND ASSESSORIES | 1229-000 | 1,000.00 |
| Jewelry transferred to debtor | 1229-000 | 1,000.00 |
| Interest Income | 1270-000 | 13.96 |
| **TOTAL GROSS RECEIPTS** | | **$31,213.96** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | AMERICAN HONDA FINANCE CORP. | 4110-000 | 274.00 | N/A | N/A | 0.00 |
| NOTFILED | Island One Resorts | 4110-000 | 5,037.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$5,311.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MEGAN G. HEEG | 2100-000 | N/A | 3,871.33 | 3,871.33 | 3,871.33 |
| MEGAN G. HEEG | 2200-000 | N/A | 32.11 | 32.11 | 32.11 |
| Ehrmann Gehlbach Badger & Lee | 3110-000 | N/A | 8,910.00 | 8,910.00 | 8,910.00 |
| Ehrmann Gehlbach Badger & Lee | 3120-000 | N/A | 1,512.19 | 1,512.19 | 1,512.19 |
| Carl Swanson, CPA | 3410-000 | N/A | 1,680.00 | 1,680.00 | 1,680.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 46.04 | 46.04 | 46.04 |
| The Bank of New York Mellon | 2600-000 | N/A | 72.59 | 72.59 | 72.59 |
| The Bank of New York Mellon | 2600-000 | N/A | -2.14 | -2.14 | -2.14 |
| The Bank of New York Mellon | 2600-000 | N/A | 63.89 | 63.89 | 63.89 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 16,186.01 | 16,186.01 | 16,186.01 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | Illinois Department of Revenue | 5200-000 | 3,000.00 | 2,004.46 | 2,004.46 | 2,004.46 |
| 5P | Internal Revenue Service | 5200-000 | 7,000.00 | 2,329.35 | 2,329.35 | 2,329.35 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 10,000.00 | 4,333.81 | 4,333.81 | 4,333.81 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 −GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | Illinois Department of Revenue | 7100-000 | N/A | 480.38 | 480.38 | 77.28 |
| 2 | Illinois Department of Revenue | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 3 | SMT & Assoc. | 7100-000 | N/A | 925.00 | 925.00 | 148.80 |
| 4 | Roundup Funding, LLC | 7100-000 | 8,121.65 | 8,998.60 | 8,998.60 | 1,447.54 |
| 5U | Internal Revenue Service | 7100-000 | N/A | 265.87 | 265.87 | 42.77 |
| 6 | American Express Bank FSB | 7100-000 | 2,957.54 | 3,471.08 | 3,471.08 | 558.37 |
| 7 | Recovery Management Systems Corporation | 7100-000 | 609.00 | 370.86 | 370.86 | 59.66 |
| 8 | Recovery Management Systems Corporation | 7100-000 | N/A | 283.77 | 283.77 | 45.65 |
| 9 | ELAN FINANCIAL SERVICES | 7100-000 | 0.00 | 19,980.40 | 19,980.40 | 3,214.09 |
| 10 | Sterling Inc dba J.B. Robinson's Jewelers | 7100-000 | 5,201.00 | 3,962.23 | 3,962.23 | 637.37 |
| 11 | Sallie Mae | 7100-000 | 12,000.00 | 10,943.56 | 10,943.56 | 1,760.41 |
| 12 | FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | 14,735.83 | 16,798.19 | 16,798.19 | 2,702.20 |
| NOTFILED | Home Depot Monogram Credit Card Bank of GA | 7100-000 | 4,164.47 | N/A | N/A | 0.00 |
| NOTFILED | Meijer-GE Money Bank | 7100-000 | 175.00 | N/A | N/A | 0.00 |
| NOTFILED | Kohl's | 7100-000 | 3,135.69 | N/A | N/A | 0.00 |
| NOTFILED | Macy's | 7100-000 | 2,030.38 | N/A | N/A | 0.00 |
| NOTFILED | Medical Business Bureau | 7100-000 | 1,153.00 | N/A | N/A | 0.00 |
| NOTFILED | Ralph & Esther Gunderson | 7100-000 | 15,000.00 | N/A | N/A | 0.00 |
| NOTFILED | State Bank Cardmember Services | 7100-000 | 17,962.17 | N/A | N/A | 0.00 |
| NOTFILED | Washington Mutual Card Services | 7100-000 | 6,424.05 | N/A | N/A | 0.00 |
| NOTFILED | Sprint PCS c/o GC Services, Ltd. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | SMT & Assoc. | 7100-000 | 425.00 | N/A | N/A | 0.00 |
| NOTFILED | Sprint PCS | 7100-000 | 1,083.78 | N/A | N/A | 0.00 |
| NOTFILED | Ralph & Esther Gunderson c/o Franks, Gerkin & McKenna | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Gattone Pharmacy | 7100-000 | 1,338.07 | N/A | N/A | 0.00 |
| NOTFILED | MRSI | 7100-000 | 136.00 | N/A | N/A | 0.00 |
| NOTFILED | BP Oil Credit Card Center | 7100-000 | 3,069.54 | N/A | N/A | 0.00 |
| NOTFILED | Chrysler Financial | 7100-000 | 22,644.00 | N/A | N/A | 0.00 |
| NOTFILED | Campion, Curran, Dunlop, et al | 7100-000 | 2,001.50 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 1,353.96 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | Best Buy | 7100-000 | 3,229.00 | N/A | N/A | 0.00 |
| --- | --- | --- | --- | --- | --- | --- |
| NOTFILED | BP Oil c/o Focus Receivables Mgmt. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 4,865.24 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 133,815.87 | 66,479.94 | 66,479.94 | 10,694.14 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-73038  **Trustee:** (330490)  MEGAN G. HEEG
**Case Name:** GROSSMAYER, JAMES N  **Filed (f) or Converted (c):** 09/19/08 (f)
GROSSMAYER, DESIREE  **§341(a) Meeting Date:** 10/17/08
**Period Ending:** 03/26/12  **Claims Bar Date:** 02/10/09

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Time share | 7,000.00 | 0.00 | DA | 0.00 | FA |
| 2  BANK ACCOUNTS | 1,800.00 | 0.00 | DA | 0.00 | FA |
| 3  Miscellaneous household goods and furnishings-de | 800.00 | 0.00 | DA | 0.00 | FA |
| 4  Miscellaneous books and pictures-debtors' posses | 100.00 | 0.00 | DA | 0.00 | FA |
| 5  WEARING APPAREL | 300.00 | 0.00 | DA | 0.00 | FA |
| 6  FURS AND JEWELRY | 500.00 | 0.00 | DA | 0.00 | FA |
| 7  FIREARMS AND HOBBY EQUIPMENT | 20.00 | 0.00 | DA | 0.00 | FA |
| 8  Computer & printer | 250.00 | 0.00 | DA | 0.00 | FA |
| 9  Potential transfer (u)    Transfer of land and plumbing business | 0.00 | 0.00 | DA | 0.00 | FA |
| 10  2003 Chevrolet G3500 (u)    9/18/09 debtor first scheduled, w/ value of 6,000 subject to loan. Per loan docs last payment was due 3/09. Per litg docs w/ family, loan was 6,372 in 4/08. Per interenet search, maybe worth approx 9,500 in 5/09. | 0.00 | 5,000.00 | | 5,000.00 | FA |
| 11  2003 Honda GL 1800 motorcycle (u)    Debtor first disclosed on 9/18/09, listing a value of 6,000, subject to a loan apparently paid at time of disclosure. Per debs' prior litig docs, debt had outstanding debt of 15,050 for purchase of cycle in 4/08. | 0.00 | 10,200.00 | | 10,200.00 | FA |
| 12  Potential interest in trust fund account (u)    Debtor received over $18,000 post-filng. Debtor first disclosed 9/18/09, ($10,000 given to dad was recovered). Have docs to show 6,600 cashier's check dated 2/2/09 for daughter's wedding. Debtors state proceeds used post filing for these purposes. | 0.00 | 14,000.00 | | 14,000.00 | FA |
| 13  STOCK AND BUSINESS INTERESTS (u)    Grossmayer Plumbing, Inc., (an Illinois corporation). First disclosed 9/18/09, with value of 0.00. | 0.00 | 0.00 | DA | 0.00 | FA |
| 14  BOATS, MOTORS, AND ASSESSORIES (u)    Debtors purchased these summer 09 for approx | 0.00 | 1,000.00 | | 1,000.00 | FA |

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-73038  
**Case Name:** GROSSMAYER, JAMES N  
GROSSMAYER, DESIREE  
**Period Ending:** 03/26/12

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 09/19/08 (f)  
**§341(a) Meeting Date:** 10/17/08  
**Claims Bar Date:** 02/10/09

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | $3,500. Debtors state items are daughter's. Placed in daughter"s name post-bankruptcy filing. | | | | | |
| 15 | MACHINERY, FIXTURES, AND BUSINESS EQUIPMENT (u)<br>  Ins. policy declares value of personal property at $10,000, with 2 "rods" and a "pipe threader" worth $9,000. | Unknown | 0.00 | DA | 0.00 | FA |
| 16 | Jewelry transferred to debtor (u)<br>  Debtors may have transferred jewelry to daughter to keep from reach of creditors | 0.00 | 1,000.00 | | 1,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 13.96 | FA |
| 17 | Assets   Totals (Excluding unknown values) | **$10,770.00** | **$31,200.00** | | **$31,213.96** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   March 30, 2010      **Current Projected Date Of Final Report (TFR):**   October 17, 2011  (Actual)

Printed: 03/26/2012 11:44 AM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 08-73038  
**Case Name:** GROSSMAYER, JAMES N  
GROSSMAYER, DESIREE  
**Taxpayer ID #:** **-***0355  
**Period Ending:** 03/26/12

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****72-65 - Money Market Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/04/10 | {11} | Honda Northwest | motorcycle | 1229-000 | 10,200.00 | | 10,200.00 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.23 | | 10,200.23 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.38 | | 10,200.61 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.45 | | 10,201.06 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.06 | | 10,201.12 |
| 04/06/10 | | Wire out to BNYM account 9200******7265 | Wire out to BNYM account 9200******7265 | 9999-000 | -10,201.12 | | 0.00 |

|  |  |  |
|---|---:|---:|
| **ACCOUNT TOTALS** | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers | -10,201.12 | 0.00 | |
| **Subtotal** | 10,201.12 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$10,201.12** | **$0.00** | |

{} Asset reference(s)

Printed: 03/26/2012 11:44 AM    V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 08-73038  
**Case Name:** GROSSMAYER, JAMES N  
GROSSMAYER, DESIREE  
**Taxpayer ID #:** **-***0355  
**Period Ending:** 03/26/12  

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******72-19 - Money Market Account  
**Blanket Bond:** $1,500,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/25/10 | | FUNDING ACCOUNT:<br>9200******7265 | | 9999-000 | 10,000.00 | | 10,000.00 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 0.28 | | 10,000.28 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 1.24 | | 10,001.52 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 1.27 | | 10,002.79 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 1.27 | | 10,004.06 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,004.14 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,004.22 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,004.30 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,004.38 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,004.46 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 10,004.53 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,004.61 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,004.69 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,004.77 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 10,004.84 |
| 07/18/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.04 | | 10,004.88 |
| 07/18/11 | | To Account #9200******7220 | combined MMA's | 9999-000 | | 10,004.88 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **10,004.88** | **10,004.88** | **$0.00** |
| | | | Less: Bank Transfers | | 10,000.00 | 10,004.88 | |
| | | | **Subtotal** | | **4.88** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$4.88** | **$0.00** | |

{} Asset reference(s)

Printed: 03/26/2012 11:44 AM    V.12.57

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 08-73038 | | Trustee: | MEGAN G. HEEG (330490) |
|---|---|---|---|---|
| Case Name: | GROSSMAYER, JAMES N | | Bank Name: | The Bank of New York Mellon |
| | GROSSMAYER, DESIREE | | Account: | 9200-******72-20 - Money Market Account |
| Taxpayer ID #: | **-***0355 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 03/26/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 08/06/10 | | FUNDING ACCOUNT: 9200******7265 | | 9999-000 | 20,000.00 | | 20,000.00 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 1.89 | | 20,001.89 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 20,002.05 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 20,002.21 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 20,002.37 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 20,002.53 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 20,002.69 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 20,002.84 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 20,003.00 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 20,003.16 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 20,003.32 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 20,003.47 |
| 07/18/11 | | From Account #9200******7265 | combining MMA's | 9999-000 | 1,204.24 | | 21,207.71 |
| 07/18/11 | | From Account #9200******7219 | combined MMA's | 9999-000 | 10,004.88 | | 31,212.59 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.20 | | 31,212.79 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 46.04 | 31,166.75 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.26 | | 31,167.01 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 72.59 | 31,094.42 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -2.14 | 31,096.56 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.25 | | 31,096.81 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 63.89 | 31,032.92 |
| 10/14/11 | 101 | Carl Swanson, CPA | Fees due CPA per order dated 10/3/11 | 3410-000 | | 1,680.00 | 29,352.92 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.25 | | 29,353.17 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.24 | | 29,353.41 |
| 12/23/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.17 | | 29,353.58 |
| 12/23/11 | | To Account #9200******7266 | distribution | 9999-000 | | 29,353.58 | 0.00 |
| | | | ACCOUNT TOTALS | | 31,213.96 | 31,213.96 | $0.00 |
| | | | Less: Bank Transfers | | 31,209.12 | 29,353.58 | |
| | | | Subtotal | | 4.84 | 1,860.38 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $4.84 | $1,860.38 | |

{} Asset reference(s)                                                                          Printed: 03/26/2012 11:44 AM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| | |
|---|---|
| **Case Number:** 08-73038 | **Trustee:** MEGAN G. HEEG (330490) |
| **Case Name:** GROSSMAYER, JAMES N / GROSSMAYER, DESIREE | **Bank Name:** The Bank of New York Mellon |
| **Taxpayer ID #:** **-***0355 | **Account:** 9200-******72-65 - Money Market Account |
| **Period Ending:** 03/26/12 | **Blanket Bond:** $1,500,000.00 (per case limit) |
| | **Separate Bond:** N/A |

| 1 Trans. Date | 2 {Ref #}/ Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********7265 | Wire in from JPMorgan Chase Bank, N.A. account ********7265 | 9999-000 | 10,201.12 | | 10,201.12 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.48 | | 10,201.60 |
| 05/25/10 | | ACCOUNT FUNDED: 9200******7219 | | 9999-000 | | 10,000.00 | 201.60 |
| 05/28/10 | {12} | Dorothy Amato | Recovery of debtors' post petition transfer | 1229-000 | 10,000.00 | | 10,201.60 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.48 | | 10,202.08 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.58 | | 10,202.66 |
| 07/02/10 | | Simon Grossmayer | final payment on compromise | | 11,000.00 | | 21,202.66 |
| | {10} | | 2003 Chevrolet truck  5,000.00 | 1229-000 | | | 21,202.66 |
| | {12} | | trust fund account settlement  4,000.00 | 1229-000 | | | 21,202.66 |
| | {14} | | boat  1,000.00 | 1229-000 | | | 21,202.66 |
| | {16} | | transferred jewelry  1,000.00 | 1229-000 | | | 21,202.66 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.16 | | 21,203.82 |
| 08/06/10 | | ACCOUNT FUNDED: 9200******7220 | | 9999-000 | | 20,000.00 | 1,203.82 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.37 | | 1,204.19 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,204.20 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,204.21 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,204.22 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,204.23 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,204.24 |
| 07/18/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.00 | | 1,204.24 |
| 07/18/11 | | To Account #9200******7220 | combining MMA's | 9999-000 | | 1,204.24 | 0.00 |
| | | **ACCOUNT TOTALS** | | | 31,204.24 | 31,204.24 | $0.00 |
| | | | Less: Bank Transfers | | 10,201.12 | 31,204.24 | |
| | | **Subtotal** | | | 21,003.12 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$21,003.12** | **$0.00** | |

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

| Case Number: | 08-73038 | | Trustee: | MEGAN G. HEEG (330490) |
|---|---|---|---|---|
| Case Name: | GROSSMAYER, JAMES N | | Bank Name: | The Bank of New York Mellon |
| | GROSSMAYER, DESIREE | | Account: | 9200-******72-66 - Checking Account |
| Taxpayer ID #: | **-***0355 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 03/26/12 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/23/11 | | From Account #9200******7220 | distribution | 9999-000 | 29,353.58 | | 29,353.58 |
| 12/28/11 | 101 | Ehrmann Gehlbach Badger & Lee | Dividend paid 100.00% on $8,910.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 8,910.00 | 20,443.58 |
| 12/28/11 | 102 | Ehrmann Gehlbach Badger & Lee | Dividend paid 100.00% on $1,512.19, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 1,512.19 | 18,931.39 |
| 12/28/11 | 103 | Illinois Department of Revenue | Dividend paid 100.00% on $2,004.46; Claim# 1P; Filed: $2,004.46; Reference: | 5200-000 | | 2,004.46 | 16,926.93 |
| 12/28/11 | 104 | Internal Revenue Service | Dividend paid 100.00% on $2,329.35; Claim# 5P; Filed: $2,329.35; Reference: | 5200-000 | | 2,329.35 | 14,597.58 |
| 12/28/11 | 105 | Illinois Department of Revenue | Dividend paid 16.08% on $480.38; Claim# 1U; Filed: $480.38; Reference: | 7100-000 | | 77.28 | 14,520.30 |
| 12/28/11 | 106 | SMT & Assoc. | Dividend paid 16.08% on $925.00; Claim# 3; Filed: $925.00; Reference: | 7100-000 | | 148.80 | 14,371.50 |
| 12/28/11 | 107 | Roundup Funding, LLC | Dividend paid 16.08% on $8,998.60; Claim# 4; Filed: $8,998.60; Reference: 5352373361434829 | 7100-000 | | 1,447.54 | 12,923.96 |
| 12/28/11 | 108 | Internal Revenue Service | Dividend paid 16.08% on $265.87; Claim# 5U; Filed: $265.87; Reference: | 7100-000 | | 42.77 | 12,881.19 |
| 12/28/11 | 109 | American Express Bank FSB | Dividend paid 16.08% on $3,471.08; Claim# 6; Filed: $3,471.08; Reference: 371548712471001 | 7100-000 | | 558.37 | 12,322.82 |
| 12/28/11 | 110 | Recovery Management Systems Corporation | Dividend paid 16.08% on $370.86; Claim# 7; Filed: $370.86; Reference: | 7100-000 | | 59.66 | 12,263.16 |
| 12/28/11 | 111 | Recovery Management Systems Corporation | Dividend paid 16.08% on $283.77; Claim# 8; Filed: $283.77; Reference: | 7100-000 | | 45.65 | 12,217.51 |
| 12/28/11 | 112 | ELAN FINANCIAL SERVICES | Dividend paid 16.08% on $19,980.40; Claim# 9; Filed: $19,980.40; Reference: | 7100-000 | | 3,214.09 | 9,003.42 |
| 12/28/11 | 113 | Sterling Inc dba J.B. Robinson's Jewelers | Dividend paid 16.08% on $3,962.23; Claim# 10; Filed: $3,962.23; Reference: | 7100-000 | | 637.37 | 8,366.05 |
| 12/28/11 | 114 | Sallie Mae | Dividend paid 16.08% on $10,943.56; Claim# 11; Filed: $10,943.56; Reference: | 7100-000 | | 1,760.41 | 6,605.64 |
| 12/28/11 | 115 | FIA CARD SERVICES, NA/BANK OF AMERICA | Dividend paid 16.08% on $16,798.19; Claim# 12; Filed: $16,798.19; Reference: 4313085431568976 | 7100-000 | | 2,702.20 | 3,903.44 |
| 12/28/11 | 116 | MEGAN G. HEEG | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 3,903.44 | 0.00 |
| | | | Dividend paid 100.00%   3,871.33 | 2100-000 | | | 0.00 |

Subtotals :  $29,353.58   $29,353.58

{} Asset reference(s)

Printed: 03/26/2012 11:44 AM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

**Case Number:** 08-73038  
**Case Name:** GROSSMAYER, JAMES N  
GROSSMAYER, DESIREE  
**Taxpayer ID #:** **-***0355  
**Period Ending:** 03/26/12

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******72-66 - Checking Account  
**Blanket Bond:** $1,500,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | on $3,871.33;  Claim# ;<br>Filed: $3,871.33 | | | | |
| | | | Dividend paid 100.00%              32.11<br>on $32.11;  Claim# ;<br>Filed: $32.11 | 2200-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 29,353.58 | 29,353.58 | **$0.00** |
| | | | Less: Bank Transfers | | 29,353.58 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **29,353.58** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$29,353.58** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****72-65 | 10,201.12 | 0.00 | 0.00 |
| MMA # 9200-******72-19 | 4.88 | 0.00 | 0.00 |
| MMA # 9200-******72-20 | 4.84 | 1,860.38 | 0.00 |
| MMA # 9200-******72-65 | 21,003.12 | 0.00 | 0.00 |
| Checking # 9200-******72-66 | 0.00 | 29,353.58 | 0.00 |
| | $31,213.96 | $31,213.96 | $0.00 |

{} Asset reference(s)

Printed: 03/26/2012 11:44 AM    V.12.57